UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEROY SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:05CV387MLM |
| 3098 CLAYBORN, JR., 2nd PRECINCT, et al., | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the court's Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered for Defendants Officer Clayborn, Half Moon Apartments, Betty Ruth Schuber, and Frank Robert Caliendo and against Plaintiff Leroy Simmons, and that Plaintiff's Complaint is **DISMISSED**, with prejudice, in its entirety. [3]

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of September, 2003.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com